**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    The State of Texas v. Sean Michael McGuire

Appellate case number:   01-18-00146-CR

Trial court case number:  10-DCR-055898

Trial court:             268th District Court of Fort Bend County

At oral argument, the parties agreed to provide the Court with supplemental briefing. The Court therefore ORDERS both parties to provide supplemental briefing on the following three topics, including an analysis of whether any of the three impacts which issues are before the Court:

    (1) law of the case;
    (2) res judicata; and
    (3) any requirement of proof of exigent circumstances in connection with TEX. CODE CRIM. PROC. art. 14.03(a)(1).

Supplemental briefs are limited to **12 pages** and are due no later than **Monday, April 15, 2019**. No additional briefing will be accepted without prior leave of the Court.

It is so ORDERED.

Judge's signature: /s/ Sarah Beth Landau_____
                     ☐ Acting individually    ☒ Acting for the Court

Date: April 3, 2019